IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT |
| | ) 08 CR 107 C |
| v. | ) Case No. _____ |
| | ) 18 U.S.C. § 1361 |
| KATHERINE CHRISTIANSON and, | ) |
| AARON ELLRINGER | ) |
| | ) |
| Defendants. | ) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about July 20, 2000, in the Western District of Wisconsin, defendants

KATHERINE CHRISTIANSON
and
AARON ELLRINGER

willfully injured and committed depredation against property belonging to the United States Forest Service, an agency of the United States, such damage exceeding $1000.

(In violation of Title 18, United States Code, Section 1361).

A TRUE BILL

_____
PRESIDING JUROR

_____
ERIK C. PETERSON
United States Attorney

Indictment returned: 6-25-08