IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                         Plaintiff,

    v.

KATHERINE CHRISTIANSON,

                         Defendant.

ORDER

08-cr-107-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant has filed a number of motions that I will address in order. First, defendant asks for an order amending the presentence investigation report to reflect a different legal address. That motion is GRANTED. The presentence report should show that defendant's legal address is c/o Matthew Christianson, The Urban, The Nines Hotel, 525 S.W. Morrison, Portland, Oregon 97204.

      Second, defendant has asked for an amendment of the court's recommendation to the Bureau of Prisons regarding her designation. At this time she wishes to be housed in the prison at Dublin, California. The probation office is asked to forward that request to the Bureau of Prisons on defendant's behalf.

      Third, defendant asks for additional time to report to the facility in which she is

1

designated to serve her 2-year sentence. I will give defendant until March 17, 2009, in which to report to the institution designated for service of her sentence.

Fourth, defendant has asked for an order permitting counsel to release a copy of the presentence investigation to a "federal designation specialist." The request is DENIED. I am not persuaded that it is a good use of federal funds to help the Bureau of Prisons do something that it is fully equipped to handle on its own.

Entered this 26th day of February, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge