IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                        ORDER

              Plaintiff,

                                                      08-cr-107-bbc

   v.

KATHERINE CHRISTIANSON,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant has filed another motion asking again for release of the presentence report to J. Michael Henderson. I denied the motion in an order entered yesterday, February 26, 2009, but defendant has renewed it, saying that she is no longer seeking federal funding to pay for Mr. Henderson's services.

      Release of presentence reports is something I do only in specific instances and generally only to other federal probation offices or state probation offices. These reports are confidential documents and government work product. I am not persuaded that it is necessary or appropriate to release defendant's presentence investigation report to Mr. Henderson. Defendant and her attorney can supply Mr. Henderson with the materials that he needs in order to do his work.

1

I also want to make it clear that Mr. Henderson is free to work with the Bureau of Prisons in trying to arrange a placement for defendant, but the court will not make any recommendation to the Bureau of Prisons regarding defendant's placement.

Entered this 27th day of February, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge