IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                               ORDER

Plaintiff,

                                                  08-cr-107-bbc

v.

KATHERINE CHRISTIANSON,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     Defendant Katherine Christianson has filed a motion to suspend restitution payments. In support of her motion, defendant argues that it is financially difficult for her to make restitution payments at this time and requests deferral of the payments until she is released from prison. Defendant's motion will be DENIED.

     It is within the Bureau of Prisons' discretion to require inmates to make payments on their court-ordered obligations. It may be a hardship for defendant to pay restitution, but it is a hardship for which she is responsible.

1

ORDER

Defendant Katherine Christianson's motion to suspend restitution payments is DENIED.

Entered this 23d day of November, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge